| Operating Statement | | | | | |
|---|---|---|---|---|---|
| 5505 Associates | | | | | |
| 11.29.2019 - 12.31.2019 | | | | | |
| | | | | | |
| | | | | | |
| **Income** | | | | | |
|     Effective Gross Income | | $14737.16 | | | |
| | | | | | |
| Rent Received | | $14737.16 | | | |
| Rent Outstanding | | | | | |
| | | | | | |
|     Net Rental Income | | $14737.16 | | | |
| | | | - | | |
|     Other: Vacancy Loss | | | - | | |
| Effective gross Income | | | $0.00 | | |
| | | | | | |
| **Expenses** | | Paid | | Outstanding | |
|     Auto and Travel | | | $59.59 | | |
|     Cleaning and Maintenance | | | $800.00 | | |
|     Insurance | | | $1510.04 | | |
|     Legal and Other Professional | | | | | |
|     Management Fees | | | $1000.00 | | |
|     Mortgage Interests | | | | | |
|     Other Interest | | | | | |
|     Repairs | | | $1200.00 | | |
|     Supplies | | | $49.89 | | |
|     Taxes (Property) | | | | | |
|     Utilities | | | $713.56 | | $4385.67 |
|     Other Expenses | | | $7393.47 | | |
|     Misc | | | $3871.99 | | |
| | | | | | |
| Total Operating Expenses | | | $16598.54 | | |
| | | | | | |
| | | | | | |
| Net Operating Income | | | -$1861.38 | | |
| | | | | | |
| Net Cumulative Cash Balance | | | -$1861.38 | | |
| | | | | | |
| Net Cumulative Minus Outstanding Liabilities | | | -$6247.05 | | |

1

| Operating Statement | | | | | |
|---|---|---|---|---|---|
| 5505 Associates | | | | | |
| 12.31.2019 - 01.31.2020 | | | | | |
| | | | | | |
| | | | | | |
| **Income** | | | | | |
| Effective Gross Income | | $14737.16 | | | |
| | | | | | |
| Rent Received | | $14737.16 | | | |
| Rent Outstanding | | | | | |
| | | | | | |
| Net Rental Income | | $14737.16 | | | |
| | | | - | | |
| Other: Vacancy Loss | | | - | | |
| Effective gross Income | | | $0.00 | | |
| | | | | | |
| **Expenses** | | Paid | | Outstanding | |
| Auto and Travel | | | $578.00 | | |
| Cleaning and Maintenance | | | $800.00 | | |
| Insurance | | | $1918.54 | | |
| Legal and Other Professional | | - | | | |
| Management Fees | | | $1000.00 | | |
| Mortgage Interests | | - | | | |
| Other Interest | | - | | | |
| Repairs | | - | | | |
| Supplies | | | $239.21 | | |
| Taxes (Property) | | | | | |
| Utilities | | | $81.66 | | $4385.67 |
| Other Expenses | | | $4076.00 | | |
| Misc | | | $2969.75 | | |
| | | | | | |
| Total Operating Expenses | | | $11663.16 | | |
| | | | | | |
| | | | | | |
| Net Operating Income | | | $3074.00 | | |
| | | | | | |
| Net Cumulative Cash Balance | | | $3074.00 | | |
| | | | | | |
| Net Cumulative Minus Outstanding Liabilities | | | -$7558.72 | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | Operating Statement | | | | | |
| | 5505 Associates | | | | | |
| | 01.31.2020 - 02.28.2020 | | | | | |
| | | | | | | |
| | | | | | | |
| **Income** | | | | | | |
| Effective Gross Income | | $14737.16 | | | | |
| | | | | | | |
| Rent Received | | $14737.16 | | | | |
| Rent Outstanding | | | $0.00 | | | |
| | | | | | | |
| Net Rental Income | | $14737.16 | | | | |
| | | | - | | | |
| Other: Vacancy Loss | | | - | | | |
| Effective gross Income | | | $0.00 | | | |
| | | | | | | |
| **Expenses** | | | Paid | | Outstanding | |
| Auto and Travel | | | $40.10 | | | |
| Cleaning and Maintenance | | | $800.00 | | | |
| Insurance | | | | | | |
| Legal and Other Professional | | | | | | |
| Management Fees | | | $1000.00 | | | |
| Mortgage Interests | | | | | | |
| Other Interest | | | | | | |
| Repairs | | | | | | |
| Supplies | | | | | | |
| Taxes (Property) | | | | | | |
| Utilities | | | $1660.56 | | $4385.67 | |
| Other Expenses | | | $1200.00 | | | |
| Misc | | | $451.94 | | | |
| | | | | | | |
| Total Operating Expenses | | | $5152.60 | | | |
| | | | | | | |
| | | | | | | |
| Net Operating Income | | | $9584.56 | | | |
| | | | | | | |
| Net Cumulative Cash Balance | | | $9584.56 | | | |
| | | | | | | |
| Net Cumulative Minus Outstanding Liabilities | | | -$2359.83 | | | |

1

| Operating Statement | | | | | | |
|---|---|---|---|---|---|---|
| 5505 Associates | | | | | | |
| 02.28.2020 - 03.31.2020 | | | | | | |
| | | | | | | |
| | | | | | | |
| **Income** | | | | | | |
|     Effective Gross Income | | $14737.16 | | | | |
| | | | | | | |
| Rent Received | | $14737.16 | | | | |
| Rent Outstanding | | | $0.00 | | | |
| | | | | | | |
|     Net Rental Income | | $14737.16 | | | | |
| | | | - | | | |
|     Other: Vacancy Loss | | | - | | | |
| Effective gross Income | | | $0.00 | | | |
| | | | | | | |
| **Expenses** | | Paid | | Outstanding | | |
|     Auto and Travel | | | $16.86 | | | |
|     Cleaning and Maintenance | | | $800.00 | | | |
|     Insurance | | | - | | | |
|     Legal and Other Professional | | | - | | | |
|     Management Fees | | | $1000.00 | | | |
|     Mortgage Interests | | | - | | | |
|     Other Interest | | | - | | | |
|     Repairs | | | - | | | |
|     Supplies | | | - | | | |
|     Taxes (Property) | | | - | | | |
|     Utilities | | | $5334.45 | | $1003.38 | |
|     Other Expenses | | | $5908.00 | | | |
|     Misc | | | $87.88 | | | |
| | | | | | | |
| Total Operating Expenses | | | $13147.19 | | | |
| | | | | | | |
| | | | | | | |
| Net Operating Income | | | $1589.97 | | | |
| | | | | | | |
| Net Cumulative Cash Balance | | | $1589.97 | | | |
| | | | | | | |
| Net Cumulative Minus Outstanding Liabilities | | | -$1773.24 | | | |

| Operating Statement | | | | | |
|---|---|---|---|---|---|
| 5507 Associates | | | | | |
| 03.31.2020 - .04.30.2020 | | | | | |
| | | | | | |
| | | | | | |
| **Income** | | | | | |
|     Effective Gross Income | | $14737.16 | | | |
| | | | | | |
| Rent Received | | $14737.16 | | | |
| Rent Outstanding | | | $0.00 | | |
| | | | | | |
|     Net Rental Income | | $14737.16 | | | |
| | | | - | | |
|    Other: Vacancy Loss | | | - | | |
| Effective gross Income | | | $0.00 | | |
| | | | | | |
| **Expenses** | | Paid | | Outstanding | |
|    Auto and Travel | | | | | |
|    Cleaning and Maintenance | | | $800.00 | | |
|    Insurance | | | $562.28 | | |
|    Legal and Other Professional | | | | | |
|    Management Fees | | | $1000.00 | | |
|    Mortgage Interests | | | | | |
|     Other Interest | | | | | |
|    Repairs | | | | | |
|    Supplies | | | | | |
|    Taxes (Property) | | | | | |
|    Utilities | | | $1780.12 | | $1723.26 |
|    Other Expenses | | | $68.00 | | |
|    Misc | | | $1520.00 | | |
| | | | . | | |
| Total Operating  Expenses | | | $5730.40 | | |
| | | | | | |
| | | | | | |
| Net Operating Income | | | $9006.76 | | |
| | | | | | |
| Net Cumulative Cash Balance | | | $9006.76 | | |
| | | | | | |
| Net Cumulative Minus Outstanding Liabilities | | | $5510.26 | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Operating Statement | | | | |
| | | 5505 Associates | | | | |
| | | 04.30.2020 - 05.29.2020 | | | | |
| | | | | | | |
| | | | | | | |
| **Income** | | | | | | |
| Effective Gross Income | | $12737.16 | | | | |
| | | | | | | |
| Rent Received | | $14737.16 | | | | |
| Rent Outstanding | | | $0.00 | | | |
| | | | | | | |
| Net Rental Income | | $14737.16 | | | | |
| | | | - | | | |
| Other: Vacancy Loss | | | $2000.00 | | | |
| Effective gross Income | | | $2,000.00 | | | |
| | | | | | | |
| **Expenses** | | | Paid | | Outstanding | |
| Auto and Travel | | | | | | |
| Cleaning and Maintenance | | | $800.00 | | | |
| Insurance | | | | | | |
| Legal and Other Professional | | | | | | |
| Management Fees | | | $1000.00 | | | |
| Mortgage Interests | | | | | | |
| Other Interest | | | | | | |
| Repairs | | | | | | |
| Supplies | | | | | | |
| Taxes (Property) | | | | | | |
| Utilities | | | | | $4078.62 | |
| Other Expenses | | | $3600.00 | | | |
| Misc | | | | | | |
| | | | | | | |
| Total Operating Expenses | | | $5400.00 | | | |
| | | | | | | |
| | | | | | | |
| Net Operating Income | | | $9337.16 | | | |
| | | | | | | |
| Net Cumulative Cash Balance | | | $9337.16 | | | |
| | | | | | | |
| Net Cumulative Minus Outstanding Liabilities | | | $10768.80 | | | |

1

| Operating Statement | | | | | | |
|---|---|---|---|---|---|---|
| 5505 Associates | | | | | | |
| 05.29.2020 - 06.30.2020 | | | | | | |
| | | | | | | |
| | | | | | | |
| **Income** | | | | | | |
|     Effective Gross Income | | $12737.16 | | | | |
| | | | | | | |
| Rent Received | | $7278.05 | | | | |
| Rent Outstanding | | | $1000.00 | | | |
| | | | | | | |
|     Net Rental Income | | $7278.05 | | | | |
| | | | - | | | |
|     Other: Vacancy Loss | | | $4300.00 | | | |
| Effective gross Income | | | $4,300.00 | | | |
| | | | | | | |
| **Expenses** | | Paid | | Outstanding | | |
|   Auto and Travel | | | | | | |
|   Cleaning and Maintenance | | | $800.00 | | | |
|   Insurance | | | $708.74 | | | |
|   Legal and Other Professional | | | | | | |
|   Management Fees | | | $1000.00 | | | |
|   Mortgage Interests | | | | | | |
|   Other Interest | | | $1406.00 | | | |
|   Repairs | | | | | | |
|   Supplies | | | | | | |
|   Taxes (Property) | | | | | | |
|   Utilities | | | | | $6800.00 | |
|   Other Expenses | | | $557.43 | | | |
|   Misc | | | $143.97 | | | |
| | | | | | | |
| Total Operating Expenses | | | $4616.14 | | | |
| | | | | | | |
| | | | | | | |
| Net Operating Income | | | $2661.91 | | | |
| | | | | | | |
| Net Cumulative Cash Balance | | | 14430.71 | | | |
| | | | | | | |
| Net Cumulative Minus Outstanding Liabilities | | | $9630.00 | | | |

1

| Operating Statement | | | | | |
|---|---|---|---|---|---|
| 5505 Associates | | | | | |
| 06.30.2020 - 07.31.2020 | | | | | |
| | | | | | |
| | | | | | |
| **Income** | | | | | |
|     Effective Gross Income | | $12737.16 | | | |
| | | | | | |
| Rent Received | | $8641.85 | | | |
| Rent Outstanding | | | | | |
| | | | | | |
|     Net Rental Income | | $8641.85 | | | |
| | | | - | | |
|     Other: Vacancy Loss | | | $0.00 | | |
| Effective gross Income | | | $0.00 | | |
| | | | | | |
| **Expenses** | | Paid | | Outstanding | |
|     Auto and Travel | | | $97.76 | | |
|     Cleaning and Maintenance | | | $800.00 | | |
|     Insurance | | | $2500.00 | | |
|     Legal and Other Professional | | | | | |
|     Management Fees | | | $1000.00 | | |
|     Mortgage Interests | | | | | |
|     Other Interest | | | | | |
|     Repairs | | | | | |
|     Supplies | | | | | |
|     Taxes (Property) | | | | | |
|     Utilities | | | $250.00 | | $8300.00 |
|     Other Expenses | | | $791.54 | | |
|     Misc | | | | | |
| | | | | | |
| Total Operating Expenses | | | $5439.30 | | |
| | | | | | |
| | | | | | |
| Net Operating Income | | | 3452.75 | | |
| | | | | | |
| Net Cumulative Cash Balance | | | 11082.75 | | |
| | | | | | |
| Net Cumulative Minus Outstanding Liabilities | | | $9532.75 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Operating Statement | | | | |
| | | 5505 Associates | | | | |
| | | 07.31.2020 - 8.31.2020 | | | | |
| | | | | | | |
| | | | | | | |
| **Income** | | | | | | |
| Effective Gross Income | | $12737.16 | | | | |
| | | | | | | |
| Rent Received | | $6641.85 | | | | |
| Rent Outstanding | | | $2595.31 | | | |
| | | | | | | |
| Net Rental Income | | $6641.85 | | | | |
| | | | - | | | |
| Other: Vacancy Loss | | | $3500.00 | | | |
| Effective gross Income | | | $3,500.00 | | | |
| | | | | | | |
| **Expenses** | | | Paid | | Outstanding | |
| Auto and Travel | | | | | | |
| Cleaning and Maintenance | | | $800.00 | | | |
| Insurance | | | $1340.21 | | | |
| Legal and Other Professional | | | | | | |
| Management Fees | | | $1000.00 | | | |
| Mortgage Interests | | | | | | |
| Other Interest | | | $819.00 | | | |
| Repairs | | | | | | |
| Supplies | | | | | | |
| Taxes (Property) | | | | | | |
| Utilities | | | | | $12500.00 | |
| Other Expenses | | | | | | |
| Misc | | | $144.83 | | | |
| | | | | | | |
| Total Operating Expenses | | | $4104.04 | | | |
| | | | | | | |
| | | | | | | |
| Net Operating Income | | | | | | |
| | | | | | | |
| Net Cumulative Cash Balance | | | 14716.06 | | | |
| | | | | | | |
| Net Cumulative Minus Outstanding Liabilities | | | $10516.06 | | | |

1